UNITED STATES DISTRICT COURT
DISTRCT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Shanna Zareski, individually, as executor and as Personal Representative of the Estate of Michael Zareski, deceased; Dawn Stelling, individually, as executor and as Personal Representative of the Estate of Robert Stelling, deceased; and Joshua Reikes, individually.<br><br>Plaintiffs;<br><br>vs.<br><br>Champion Aerospace LLC,<br><br>Defendant. | §§§§§§§§§§§§§§§§§ | **PLAINTIFFS' MOTION IN SUPPORT OF PRO HAC VICE ADMISSION** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Vincent Charles Lesch be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____
_____

☐ No duty of consultation is required because the opposing party is proceeding pro se.

Respectfully submitted,

/s/ Mark D. Chappell
Mark D. Chappell (Fed ID No. 106)
Graham L. Newman (Fed ID No. 9746)
James D. George (Fed ID No. 13018)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)
mchappell@csa-law.com
gnewman@csa-law.com
jgeorge@csa-law.com