# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# (ANDERSON DIVISION)

Shanna Zareski, individually, as executor
and as Personal Representative of the Estate
of Michael Zareski, deceased; Dawn Stelling,
individually, as executor and as Personal
Representative of the Estate of Robert Stelling,
deceased; and Joshua Reikes, individually.,

Plaintiff/Petitioner/USA,

v.

Champion Aerospace LLC,
Defendant/Respondent.

Case No. 8:20-cv-04236-DCC

**Application/Affidavit for**
***Pro Hac Vice* Admission**

(1) <u>Name</u>.   Vincent     Charles     Lesch
     First      Middle      Last

(2) <u>Residence</u>. I reside in the following state: NEW JERSEY
    If a South Carolina resident, indicate months/years of residence: N/A

(3) <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

Firm name: KREINDLER & KREINDLER LLP

Mailing address: 750 Third Ave, 32nd Floor, New York, New York 10017

Telephone number: 212 687 8181

Facsimile number: 212 972 9432

E-mail address: vlesch@kreindler.com

(Application will not be considered without an e-mail address to receive electronic notification.)

(4) <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit**,** consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the State of New York where I regularly practice law. **Attached is my certificate of good standing.**

---

[1] This District 1 maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

Revised 3/27/14                          Page 1 of  3

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| **Court Date Admitted** | | **Good Standing** | |
|---|---|---|---|
| Supreme Court, New York | 06/01/2015 | ☒ Yes | ☐ No |
| Superior Court of New Jersey | 12/10/2014 | ☒ Yes | ☐ No |
| USDC, District of New Jersey | 12/14/2015 | ☒ Yes | ☐ No |
| USDC, Southern District of New York | 01/08/2016 | ☒ Yes | ☐ No |
| USDC, Eastern District of New York | 09/21/2016 | ☒ Yes | ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes  ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes   X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

[Type text]

|   |   |
|---|---|
| Attorney Name: | Mark Chappell |
| Firm Name: | Chappell Smith & Arden, P.A |
| Street Address or Post Office Box: | 2801 Devine Street, #300 |
| City, State, and Zip Code: | Columbia, South Carolina |
| Telephone Number: | 866 881-8623 |
| E-Mail Address: | mchappell@csa-law.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case. N/A

(14) Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties:
Shanna Zareski, individually, as executor and as Personal Representative of the Estate of Michael Zareski, deceased; Dawn Stelling, individually, as executor and as Personal Representative of the Estate of Robert Stelling, deceased; and Joshua Reikes, individually

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

*Vincent Leach*

Signature of Applicant

Sworn to and subscribed before me this 7th day of January, 2021.

_A Notary Public_
of the State of New York

My Commission expires: January 8, 2022

ARCADIO SERRANO
Notary Public, State of New York
No. 01SE6369362
Qualified in Westchester County
My Commission Expires January 8, 2022

[Type text]

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Vincent Charles Lesch III

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 1, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

**December 9, 2020**

_Clerk of the Court_

8772

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **Vincent Charles Lesch III** (No. **120722014**) was constituted and appointed an Attorney at Law of New Jersey on **December 10, 2014** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 22nd day of December, 2020.

Clerk of the Supreme Court

-453a-