UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(ANDERSON DIVISION)

| | |
|---|---|
| Shanna Zareski, individually, as executor and as Personal Representative of the Estate of Michael Zareski, deceased; Dawn Stelling, individually, as executor and as Personal Representative of the Estate of Robert Stelling, deceased; and Joshua Reikes, individually., <br><br>**Plaintiff/Petitioner/USA,** <br><br> v. <br> Champion Aerospace LLC, <br> Defendant/Respondent. | Case No. 8:20-cv-04236-DCC <br><br> Application/Affidavit for *Pro Hac Vice* Admission |

(1)   Name.      Stuart          Rolf           Fraenkel
                  First          Middle          Last

(2)   Residence. I reside in the following state: California.
      If a South Carolina resident, indicate months/years of residence: N/A

(3)   Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

      Firm name: NELSON & FRAENKEL, LLP
      Mailing address:   601 So. Figueroa Street, Ste. 2050     City/State/Zip: Los Angeles, CA 90017
      Telephone number: 844-622-6469
      Facsimile number: 213-622-6019
      E-mail address: stuart@nflawfirm.com
      (Application will not be considered without an e-mail address to receive electronic notification.)

(4)   Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

---

[1] This District 1 maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

Revised 3/27/14                              Page 1 of 3

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of California where I regularly practice law. **Attached is my certificate of good standing.**

(6)  Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| **Court** | **Date Admitted** | **Good Standing** | |
|---|---|---|---|
| California State Bar | December 1, 1994 | X Yes | ☐ No |
| Central District California | January 19, 1995 | X Yes | ☐ No |
| Northern District California | April 27, 2001 | X Yes | ☐ No |
| Southern District California | June 27, 2007 | X Yes | ☐ No |
| Eastern District California | June 29, 2009 | X Yes | ☐ No |
| Ninth Circuit Court Appeals | March, 30 1995 | X Yes | ☐ No |
| United States Supreme Court | December 15, 2003 | X Yes | ☐ No |

(7)  Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8)  Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9)  Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes  ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

[Type text]

(11)  Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12)  Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: Mark Chappell
Firm Name: Chappell Smith & Arden, P.A.
Street Address or Post Office Box: 2801 Devine Street, #300
City, State, and Zip Code: Columbia, South Carolina
Telephone Number: 866-881-8623
E-Mail Address: mchappell@csa-law.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Nicole Andersen, Justin Green, Vincent Lesch

(14)  Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:
Shanna Zareski, individually, as executor and as Personal Representative of the Estate of Michael Zareski, Deceased; Dawn Stelling, individually, as executor and as Personal Representative of the Estate of Robert Stelling; deceased' and Joshua Reikes, individually

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

**Sworn to and subscribed before me**
this 16th day of March ,20 21 .

_____
A Notary Public
of the State of  CA

ANTHONY TORRES
Notary Public - California
Los Angeles County
Commission # 2269018
My Comm. Expires Dec 1, 2022

My Commission expires: 12/01/2022

Revised 3/27/14                                    Page 3 of 3

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 26, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STUART ROLF FRAENKEL, #173991 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1994 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

January 26, 2021

Stuart R. Fraenkel
Nelson & Fraenkel, LLP
601 So. Figueroa St.
Suite 2050
Los Angeles, CA 90017

Re: State Bar Number 173991 – Stuart Rolf Fraenkel

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Dina DiLoreto
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1    Standard

Delivery Method: Regular Mail
PH: 2136226469