**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| Shanna Zareski, individually, as executor and as ) | |
| Personal Representative of the Estate of Michael ) | CASE NO.: 8:20-cv-04236-JD |
| Zareski, deceased; Dawn Stelling, individually, ) | |
| as executor and as Personal Representative of the ) | **MOTION FOR SETTLEMENT** |
| Estate of Robert Stelling, deceased; and Joshua ) | **APPROVAL** |
| Reikes, individually, ) | |
| ) | |
| Plaintiffs; ) | |
| vs. ) | |
| ) | |
| Champion Aerospace LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Dawn Stelling, pursuant to S.C. Code Ann. § 15-51-42, moves for the approval of

the wrongful death settlement set forth within her petition attached to this motion as **Exhibit A**.

Respectfully submitted,


/s/ Graham L. Newman
Mark D. Chappell (Fed ID No. 106)
Graham L. Newman (Fed ID No. 9746)
James D. George (Fed ID No. 13018)
CHAPPEL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)
gnewman@csa-law.com

KREINDLER & KREINDLER LLP
Justin Green (pro hac vice)
Vincent Lesch (pro hac vice)
750 Third Ave., 32nd Floor
New York, NY 10017
(212) 687-8181
(212) 972-9432 (facsimile)
jgreen@kreindler.com
vlesch@kreindler.com