UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

Shanna Zareski, individually, as executor and as )
Personal Representative of the Estate of Michael )
Zareski, deceased; Dawn Stelling, individually, as )
executor and as Personal Representative of the )
Estate of Robert Stelling, deceased; and Joshua )
Reikes, individually, )
  )
                Plaintiffs; )
vs. )
  )
Champion Aerospace LLC, )
  )
                Defendant. )
  )

CASE NO.: 8:20-cv-04236-JD

**ORDER FOR THE APPROVAL OF**
**SETTLEMENT OF CLAIMS**

This matter comes before me upon the verified Petition of Dawn Stelling, as executor Personal Representative of the Estate of Robert Stelling, hereinafter referred to as the "Deceased," presented for the approval of the settlement of a wrongful death claim and action against Champion Aerospace LLC, and for the approval of the settlement of all claims and actions based upon any causes of action against said Champion Aerospace LLC, which survived the Deceased's death.

After reviewing and considering the Petition, which bears the written approval of Legal Counsel for the Petitioner, this Court approves the proposed settlement of all demands, claims and causes of action which have arisen or might arise, past, present or prospective out of the alleged wrongful death of the Deceased and out of personal injuries and other elements of damage which arise out of and survive the death of the Deceased insofar as those claims, demands and causes of action might be exercised against Champion Aerospace LLC.

It is further understood that out of the total settlement of Four Million Five Hundred Thousand and 00/100 ($4,500,000.00) Dollars, the Personal Representative is to receive the sum of Three Million and 00/100 ($3,000,000.00) Dollars in full settlement of the claims concerning the death of the Deceased, with the sum of Three Million and 00/100 ($3,0000,000.00) Dollars in full settlement of the wrongful death claim and cause of action and the sum of zero and 00/100 ($0.00)

Dollars in full settlement of such other claims as survive the death of the Deceased, and in full settlement of any other claims and causes of action that might arise under the Survival Act and Wrongful Death Act of the State of South Carolina and/or California wrongful death and survival acts, and that said amounts are to be administered accordingly.

It is further stipulated that the making of this settlement shall constitute no admission of or evidence of liability on the part of said Champion Aerospace LLC, but is the compromise settlement of a disputed claim.

It is further stipulated that the Petitioner may execute a mutually agreeable Release on behalf of the Deceased's Estate to resolve these claims.

**AND IT IS SO ORDERED.**

/s/ Joseph Dawson III
JOSEPH DAWSON, III
UNITED STATES DISTRICT JUDGE

Dated: 10 May 2021
Anderson, South Carolina